**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CORRINE BROWN | CASE NO. 3:16-cr-93-J-32JRK |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| A. Tysen Duva | James W. Smith, III |
| Michael Coolican | Samuel A. Walker |
| Eric G. Olshan | |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz          Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS:**  Hearing on Motion for New Trial (Doc. 187) and Motion for Judgment of Acquittal (Doc. 188)

- Argument by counsel.
- Order to enter.

DATE: August 7, 2017                    TIME: 3:03 p.m. - 4:29 p.m.