UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:16-cr-93-J-32JRK

CORRINE BROWN

**UNITED STATES' RESPONSE IN OPPOSISION TO DEFENDANT
CORRINE BROWN'S MOTION TO CONTINUE SENTENCING**

Corrine Brown's Motion to Continue the Sentencing Hearing (Doc. 205) is without merit and should be denied.  Brown's bare bones motion—filed two days before she is required to submit objections to the initial Pre-Sentence Report (PSR)— cites her loss of "personal papers and effects" during Hurricane Irma as a basis to justify a four-month continuance without any explanation as to how such loss renders her incapable of preparing for her sentencing on November 16.  The undersigned is not aware of any other criminal case pending in the Jacksonville Division where a sentencing hearing scheduled nine weeks after the passage of Hurricane Irma has been continued (much less for four months) because of the storm.  Brown should be treated no differently than any other defendant similarly affected by Hurricane Irma, and her sentencing should proceed as scheduled on November 16, 2017.

1. On May 11, 2017, the jury convicted Corrine Brown of eighteen felony counts.  Brown filed two post-trial motions, which the Court denied on

August 16, 2017. That same day, the Court set Brown's sentencing hearing on November 16, 2017 at 10:00 am.

2. Hurricane Irma passed through Florida beginning on September 10, 2017. Many citizens on the First Coast suffered flooding, damage, and home loss.

3. Now, more than six weeks after Hurricane Irma passed, Brown seeks to postpone a sentencing hearing scheduled in three weeks to a date at least four months beyond the current sentencing date because her home sustained damage and "many of her personal papers and effects" were destroyed.

4. In the motion, Brown does not specify how her loss of certain papers and personal effects prevents her from preparing for the sentencing hearing.

5. Since this Court's August 16, 2017 orders denying Brown's post-trial motions and setting the sentencing hearing on November 16, 2017, significant resources have been devoted to preparing for the sentencing hearing, and that of co-defendant Elias Simmons and co-conspirator Carla Wiley scheduled for the prior day.

6. Namely, the assigned Probation Officer prepared three thorough and detailed PSRs, to which objections and comments are due on October 25 and 26, 2017. As the Court is aware, part of the PSR process involved

>Brown and her lawyer meeting with the Probation Officer to provide detailed background information about Brown, which includes significant personal information routinely contained in PSRs.   That meeting occurred after the passage of Hurricane Irma.   The completion of this critical meeting suggests that Brown is capable of preparing for her sentencing hearing as scheduled.

7. Likewise, Brown's counsel maintains access to all of the discovery in this case, and all trial exhibits and transcripts are available electronically through PACER.   Access to counsel's file and the record in this case further ensures Brown's ability to adequately prepare for sentencing.

WHEREFORE, for the reasons stated, this Honorable Court should deny Brown's motion to continue the sentencing hearing and proceed as scheduled on November 16, 2017.

        Respectfully submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

        */s/ A. Tysen Duva*
        A. Tysen Duva
        Assistant United States Attorney
        Florida Bar No. 0603511
        Michael J. Coolican
        Assistant United States Attorney
        USA No. 156
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:   (904) 301-6300
        Facsimile:    (904) 301-6310
        Tysen.Duva@usdoj.gov
        Michael.Coolican@usdoj.gov

        ANNALOU TIROL
        Acting Chief

        */s/ Eric G. Olshan*
        Eric G. Olshan
        Public Integrity Section
        Criminal Division
        United States Department of Justice
        1400 New York Ave. NW, Suite 12100
        Washington, D.C. 20005
        (202) 514-1412
        (202) 514-3003 (fax)
        Eric.Olshan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 James Wesley Smith, III (Counsel for Corrine Brown)

 Samuel A. Walker (Counsel for Corrine Brown)

                */s/ A. Tysen Duva*
                A. Tysen Duva
                Assistant United States Attorney