**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   Case No. 3:16-cr-93-J-32JRK

CORRINE BROWN

_____

**ORDER DENYING DEFENDANT'S SECOND MOTION TO CONTINUE SENTENCING**

This case is before the Court on defendant Corrine Brown's Second Motion to Continue Sentencing Hearing and Motion to Reconsider/Rehear Order Denying Continuance (Doc. 209), to which the government responded in opposition (Doc. 211). While Ms. Brown's latest motion raises additional issues that she contends warrant a continuance, they are all matters that can be readily addressed at the sentencing hearing. As part of its consideration of this motion, the Court has reviewed medical records provided by Ms. Brown under seal. See Doc. S-212. Nothing in those medical records provides a reason for the Court to postpone the sentencing. As the Court stated in its earlier Order denying a continuance, if Ms. Brown can demonstrate at the sentencing hearing that there is some document or information that she was unable to obtain, the Court will consider whether to allow her additional time to produce it. Defendant's Second Motion to Continue Sentencing Hearing and Motion to Reconsider/Rehear Order Denying Continuance (Doc. 209) is **DENIED**.

Corrine Brown's **sentencing hearing** will proceed as scheduled on **November 16, 2017 at 10:00 a.m.** in Courtroom 10D. To give the parties additional time to prepare, the Court will extend the deadline for filing **sentencing memoranda** to **November 10, 2017 at**

**5:00 p.m.**[1]

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of November, 2017.

                                                                                  _____
                                                                                  TIMOTHY J. CORRIGAN
                                                                                  United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
James W. Smith, III, Esq.
Samuel A. Walker, Esq.
United States Marshals Service
Court Security Officers
Division Manager
United States Probation Office
United States Pretrial Services
Defendant

---

[1] November 10, 2017 is a federal holiday and the Clerk's Office will be closed (but electronic filing remains available).  If there are exhibits or other materials in support of the sentencing memoranda to be filed under seal, those may be submitted to the Clerk's Office for filing on Monday morning, November 13, 2017.