UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO.  3:16-cr-93-J-32JRK

ELIAS R. SIMMONS

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a 5-level reduction in the defendant Elias R. (Ronnie) Simmons' offense level, and in support thereof states as follows:

1. On July 8, 2016, the Indictment in this case was unsealed and defendants Corrine Brown and Ronnie Simmons (Simmons) were arraigned.

2. On February 8, 2017, Simmons appeared before United States Magistrate Judge James R. Klindt and entered a guilty plea to Counts One and Eighteen of the Indictment with a cooperation plea agreement.

3. Simmons testified in the government's case-in-chief during the jury trial of co-defendant Corrine Brown. Simmons' cooperation rose to the level of substantial assistance.

4. Based upon Simmons' substantial assistance, the government requests that this Court grant a 5-level reduction to the current applicable advisory sentencing guidelines range.

5. The Probation Officer scored the sentencing guidelines as to Simmons at Criminal History Category (CHC) II, Total Offense Level (TOL) 24. The corresponding advisory guidelines range is a term of imprisonment of 57-71 months.

6. If granted, a 5-level downward departure would result in an advisory guidelines range of CHC II, TOL 19 (33-41 months of imprisonment).

## **MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Ronnie Simmons provided truthful and timely information to the United States, which assisted in the conviction of co-defendant Corrine Brown. The United States believes that, because of his efforts on behalf of the

United States, Ronnie Simmons should receive a 5-level reduction in his offense level for his substantial assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                          Respectfully submitted,

                                          W. STEPHEN MULDROW
                                          Acting United States Attorney

                                          */s/ A. Tysen Duva*
                                          A. Tysen Duva
                                          Assistant United States Attorney
                                          Florida Bar No. 0603511
                                          Michael J. Coolican
                                          Assistant United States Attorney
                                          USA No. 156
                                          300 N. Hogan Street, Suite 700
                                          Jacksonville, Florida 32202
                                          Telephone:   (904) 301-6300
                                          Facsimile:    (904) 301-6310
                                          Tysen.Duva@usdoj.gov
                                          Michael.Coolican@usdoj.gov

ANNALOU TIROL
Acting Chief

/s/ *Eric G. Olshan*
Eric G. Olshan
Public Integrity Section
Criminal Division
United States Department of Justice
1400 New York Ave. NW, Suite 12100
Washington, D.C. 20005
(202) 514-1412
(202) 514-3003 (fax)
Eric.Olshan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Suarez, Esquire (Counsel for Ronnie Simmons)

*s/ A. Tysen Duva*
A. Tysen Duva
Assistant United States Attorney