# APPENDIX

**Comprehensive Sentencing Mitigation Report**

**Case No. 3:16-cr-93-J-32JRK**
**Corrine Brown**

**United States District Court**
**Middle District of Florida**
**Jacksonville, Florida**

**Prepared by The Cord Strategies Group, LLC**
**Jacksonville, Florida**

# **Contents**

| | |
|---|---|
| Introduction | 1 |
| Current Posture of the Defendant | 1 |
| Factors in Mitigation of the Offense | 2 |
| History and Characteristics of the Defendant | 4 |
| Community Support | 6 |
| Employment-Related Contributions | 7 |
| Record of Prior Good Works | 11 |
| Factors Militating in Favor of Downward Departure | 13 |
| Statistical Information | 17 |
| Factors Militating in Favor of a Variance from the Advisory Guidelines | 18 |
| Defendant's Status as a "True" First Time Offender | 20 |
| Alternatives to Imprisonment | 21 |
| Retribution vs. Restoration: The Need for Restorative Justice | 22 |
| Stakeholders Attitudes toward Sentencing Mitigation | 25 |
| Conclusion | 28 |