UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

Vs.                              CASE #: 3:16-cr-93-TJC-JRK-2
                                   Hon. Timothy Carrigan

**ELIAS SIMMONS,**
    **Defendant,**
                                /

## PRE-SENTENCE REPORT

**COMES NOW** the Defendant, **ELIAS SIMMONS a/k/a RONNIE SIMMONS**, by and through his undersigned attorney, Anthony Suarez, Esq., and respectfully submit the following:

The Defendant graduated from the University of Florida in 1990. Elias Simmons first real job was working for Politician Corrine Brown.

Elias Simmons has been working affiliated with Corrine Brown for 24 years. She trained him and taught him all he knows about politics and community service. How the Congresswoman did business is what Elias Simmons learned.

Nothing replaces one's own judgment on what is right and wrong. Elias Simmons has learned that lesson with exclamation points.

I wish to point out that Elias Simmons did not start off his life thinking about how to steal from non for profits, that his nature is not sinister.

What he learned from the time he graduated from college is that Politics is a pay to play sport. People want access to politicians and the culture of the office is set by the politicians not the staff. Thus while Mr. Simmons was a public employee he was under the direction of Corrine Brown.

Elias Simmons has been working for Corrine Brown for 24 years. She became much more than his boss, she was his mentor, practically family.

He did what she told him exactly as he testified to because no one challenged Corrine Brown when she gave orders. If fact the case of, Roshan Hodge, who was an employee illustrates the consequence of disobeying or not pleasing Corrine Brown.

Ms. Hodge offended Corrine Brown with simply not giving her appropriate deference and was fired. Elias Simmons knew Corrine Brown and she was someone not to be challenged.

1

None the less Corrine Brown had become legendary in Florida. She was, to everyone in the Afro American community, a hero. She was someone Elias Simmons would follow because she set the tone, she was the driver of the train, she had the voice of the people.

Moving Elias Simmons to the point that he realized he was on the wrong track in order to get him on the right track was not easy for many reasons.

Corrine Brown was convincing him and everyone around her that she was a victim. That this is how business is done in Washington and that she has been singled out.

Elias Simmons wanted to believe that scenario, but time and the dispassionate review of the facts, the evidence carefully put together by the U.S. Attorney's office made him see the truth. He realized that despite his worship of Corrine Brown the "right thing" was to admit his complicity and assist the government in doing the right thing.

Elias Simmons had to make a serious decision, turn his back on his friend of half his life, a person who gave him his life opportunity, a person who was family, and help the government make its case.

The government will state how Mr. Simmons testimony was crucial to the U.S. government. But it cannot tell you what crucible Elias Simmons had to go through to get to the point of his cooperation. But once he did, he did so without reservation.

He understood this obligation to everyone in the United States and Congressional District 5. That there are no short cuts, that only honesty and transparency can be tolerated in a free society. Only with his 100% participation can he begin to restore his integrity and that of our government.

Trust in the community and government depends on this transparency. False defenses of victimization do not help anyone and ultimately destroys the liar and trust in government.

Mr. Simmons was charged with 18 U.S.C. §641 and 642 placing his sister on the payroll as a "ghost employee" and while she was not a full time employee or community liaison, she did in fact fulfill some of these roles by advising the Corrine Brown office, community outreach programs and attending events on behalf of the Corrine Brown office.

This is not to justify the offense for which Elias Simmons plead guilty, but as a factor in mitigation of the $735,000.00 alleged in the presentence investigation of the Department of Probation a portion of this amount would have been properly earned **if the office had simply followed proper procedure.**

Additionally the total loss amount seems to have been inflated because it includes the salary and the Thrift Saving Plan which come from the salary and it includes the loans from the thrift savings account. This appears in some instances triple counting the loss.

2

Despite the inflated figure the defendant does not dispute the offense level would be base 7 + 14. However the restitution amount would be substantially affected.

Elias Simmons is a father and grandfather. He is raising his grandson as seen in the photos attached. **Exhibit A**

He has a solid family whom he loves and loves him. **Exhibit B** He is no danger to society. His financial condition has obviously deteriorated as he is unable to pay his obligations and is consulting with a bankruptcy attorney to reduce his credit card debt and, surrender the motor boat, that has no equity, to the lender. The PSI accurately reflects the monthly negative balance of obligations US income.

His only assets are his home, which has a mortgage of $322,000.00 and his retirement thrift savings account of $423,476.00.

He has spent practically his entire adult working life as a public employee where he accomplished many positive things. Among them was organizer of the Congressional Black Caucus Gala Dinner. **Exhibit C** Mr. Simmons has many friends in the community who have supported leniency by this court. **Exhibit D**

**Recommendations:**

The count must consider many factors under the applicable law 18 U.S.C. §3553 (a)

The Defendant poses no risk to the community and in fact for most of his life he has been a community activist.

Elias Simmons while a public employee did not hold a special position of trust as Corrine Brown who does hold such position, and thus is less culpable than Ms. Brown.

Mr. Simmons provided substantial and timely assistance to the court, testified during trial, prepared the government for trial during <u>many days</u> of debriefing, and trial preparation, has fully accept his responsibility and displayed substantial remorse for his actions to the community and this court.

The government has filed a motion pursuant to 5K to delineate the extent of Ronnie Simmons cooperation and recommended a 5 level reduction from the current level 24 calculation.
Ronnie Simmons has two prior misdemeanor convictions which cause him to be considered a category two offender and thus increases his potential sentence by 4 months.
One conviction was for Driving under the influence for which he received a 6 months probationary sentence and a second conviction was for a domestic dispute which resulted in a 2 day sentence of time served and a suspension of the sentence called a "stricken finding" which is similar to the state of Florida, withhold of adjudication.

3

We recommend that Ronnie Simmons be considered a category 1 offender and that the sentence which would be considered be 30-37 months.

However Ronnie Simmons is exposed to more of a sentence than just the potential jail time the court may be considering. He will be a convicted Felon for which finding work is so much more difficult and he is facing a restitution/forfeiture sentence that could eliminate his ability to even maintain his home as well. He has little equity in the home in Maryland and if incarcerated for any length of time he could lose the home entirely.

Because he provided substantial assistance, has shown Remorse and literally broken all connections to his former colleagues and friends we urge this court to sentence the defendant to an alternative sentence which would include home detention. Speaking engagements as community service so that the community should know his experience, that this sentence and the actions of this court and our system are morally and legally justified under the law. That actions such as demonstrated by Corrine Brown and himself are not tolerated are not justified and no amount of victimization rhetoric is appropriate. Justice prevailed and right conduct is rewarded and wrong conduct is punished. Ronnie Simmons is willing to be that voice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF Filing to the United States Attorney Middle District of Florida, Bryan Simpson U.S. Courthouse, 300 N. Hogan St., Jacksonville, FL 32202, on this 10th day of November, 2017.

/s/ *Anthony Suarez*
Anthony Suarez, Esq.
Attorney for Defendant
SUAREZ LAW GROUP, P.A.
517 West Colonial Drive
Orlando, FL 32804
Florida Bar No.: 0922031
Tel.:407-841-7373
Fax: 407-841-7181
ncostas@suarezcti.com
wrivera@suarezcti.com

4