C











