The Honorable Timothy J. Corrigan
U.S. District Judge
Jacksonville Division
Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Antona Bailey Lilly
Team Lead
Office of the Chief Financial Officer
Consumer Financial Protection Bureau

October 30, 2017

Dear Judge Corrigan,

Thank you for allowing me the opportunity to write this letter in support of Elias (Ronnie) Simmons. Although Ronnie and I are first cousins, I did not meet Ronnie until the summer of 1977 when I was eight years old, following the untimely passing of my mother. This was the beginning of my annual summer visits to Florida to spend time with my father's side of my family. I spent the summers at Ronnie's house for almost ten consecutive years. I've known Ronnie for more than 40 years now and have always valued his guidance and leadership role in the family.

Ronnie and I have had several discussions regarding his legal issues where he has expressed his wrongdoing and has offered his most sincere apology for the undue stress being caused by this situation. Ronnie's never-ending love for his family and his role as a leader within the family speaks to the level of trust and confidence that has always been bestowed upon him. On many occasions, Ronnie and I have spent hours discussing the importance of instilling core values and morals into our younger family members as well as establishing a solid foundation upon which our children can understand and appreciate life's, often hard, lessons.

Despite this infraction, I will always look up to Ronnie because I know his heart. I honestly know and believe that he truly regrets his actions. I am deeply saddened that Ronnie has had to put his life and his good works on hold during this dilemma. I have witnessed first-hand the financial assistance that he has provided to college-level students.

I pray that you are compassionate with your sentencing. Ronnie has been a predominant source of guidance and support for our family. Although he now spends most of his time home, his presence is deeply missed. His mental presence is also missed. His charismatic personality had always been known to make others laugh and I am looking forward to its return. Ronnie is eager to learn from this situation and move forward to see what God has planned for the next chapter of his life.

Again, I thank you for this opportunity.

Sincerely,

Antona Bailey Lilly

D

Tara Paige
935 Aries Road, West
Jacksonville, Florida 32216

Reference: Elias Rutledge Simmons

Dear Judge Corrigan,

My name is Tara Paige. I am a graphic designer and have been employed at my company for over 10 years. I am writing this letter with high hopes that it will help you to see what kind of person Elias is, despite the transgression that led us all to this point.

I have known Elias for quite some time. Our families have been very close for a very long time. In fact, we have been so tight-knit that others think we are actually blood relatives. I have known Elias for over 35 years and in that time I have seen many aspects of Elias' personality. I have always found him to be extremely kind, dependable, and well regarded among his colleagues, peers and family. He has always inspired me with his ethics, intelligence, ambition and perseverance to continuously strive to do well throughout my life.

I hope the transgression of what has transpired will not be the only factor you look at in this case. It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving, and understand that Elias is, in short, a good person. He has always been kind and generous with others. He has a strong sense of responsibility, which applies in his job, family, and community. That has to say something, so please let that be a factor in your decision. As his family, I will continue to love and support him.

Sincerely,


Tara Paige

Linda Paige
935 Aries Road, W
Jacksonville, Florida 32216

        Reference: Elias Rutledge Simmons

Dear Judge Corrigan,

My name is Linda Paige, I am a retired professional of over 37 years in the insurance industry.

I have been a lifelong friend of Elias and his family for over 66 years; and I have observed his growth, development and career choices throughout his life. Because of the special bond our families share, many outsiders perceive us as being biologically related.

I have always known Elias to be a committed, dedicated and hardworking burn the midnight candle man who was focused on his career and position as a Chief Of Staff. There's a lot to be said about Elias. As a young adult he was responsible, conscientious, dedicated, committed and enthusiastic about his life and career.

Being in the workforce for over 30 years, Elias has been persistent in his endeavors and I feel will be resilient to what he is faced with. I have always known Elias to carefully think about and analyze a situation and use logical reasoning when making decisions. I support his decision(s) and as family will continue to love, encourage and support him.

Sincerely,


Linda Paige

November 3, 2017

Dear Judge Corrigan:

My name is Margrette Holmes. I am retired from the insurance industry and reside at 121 Eastridge Way, Dallas, GA 30132. I am a good friend of Frances Robinson Simmons and submit this letter of support on behalf of her son, Ronnie Simmons. Frances and I have been friends since the mid-1950s and I know her to be a God-fearing, faithful and hard-working person of integrity. As a single mom, I am confident that these are the character traits Frances would have endeavored to instill in her children. I value my friendship with Frances and have the utmost respect for her.

In recent years, I have had a few opportunities to observe Ronnie in his role as a dutiful son to his mother. I saw that he provided help and support to Frances as it was needed for her to do what she does for herself and others. I found him to be a loving and caring son who showed much concern for the well-being of his mom. When Frances needed help or assistance, Ronnie quickly stepped up to meet her need. As I observed the relationship they shared, it was easy for me to conclude that Ronnie was concerned about Frances' welfare and security. He made certain Frances was taken care of, if not by himself, then by delegating that responsibility to another trusted individual. When I was a part of a group that included Frances, others and I also benefited from Ronnie's care and concern. As a mother, it was comfort to my heart to see and experience this compassion and care for my welfare and security.

It is my understanding that Ronnie has accepted responsibility for having done something he should not have done and regrets having done so. I see this as an important step for him along a journey to move forward with his life.

I ask that you show leniency in your sentencing of Ronnie Simmons, giving much consideration and credit for his protective care of his mother and my dear friend.


Respectfully yours,

*Margrette Holmes*
Margrette Holmes

11/07/2017

The Honorable Timothy J. Corrigan
United States Magistrate Judge
United States District Court for the Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

Dear Judge Corrigan,

It is with a heavy heart that I write this letter on behalf of Elias "Ronnie" Simmons who is appearing before your court for sentencing on charges of fraud and theft.

While I understand that "Ronnie" is being charged with these most unfortunate and serious offenses, I would like to share that in my personal opinion detaining "Ronnie" in a federal facility would be detrimental to his well-being and in fact counterproductive. I have literally known "Ronnie" all of his life as I have been friends with his mother for over 50 years and can truly attest to his character.

Since the age of 5, "Ronnie" assumed responsibility for the protection and advocacy of his immediate and extended family, to include his widowed mother and sister. He ultimately dropped out of college to provide additional financial support so that his only sister could complete her college education. Consequently, his drive and passion to continue providing for his family as well as others resulted in him using poor judgment.

During his professional career "Ronnie's" compassion inspired and obligated him to create and implement a mentoring program for young college interns allowing them to develop into well rounded, productive citizens. Therefore, keeping him in a detained facility will only lessen his ability to make a positive impact on the lives of those he encounters. Hence, "Ronnie's" needs would best be met in the community rather than through incarceration. If detained, "Ronnie" will be exposed to men who unlike him may have a lengthy criminal history and have participated in criminal and at risk behaviors.

The person whom I know, is certainly not that individual. "Ronnie" is a loving, gentle person who made a mistake. "Ronnie" will live with and punish himself for this tragedy for the rest of his life. "Ronnie's" interactions with others during incarceration could possibly cause withdrawal and depression as he does not belong in that environment and it is not suitable for him. Though this was a life altering lesson "Ronnie" is remorseful and genuinely sorry for what has transpired.

In closing, "Ronnie" does not have a delinquent or criminal mind set and I urge you to take these factors into consideration and consider extensive community monitoring, probation, home detention, and restitution as it would be more appropriate for "Ronnie", than incarceration. I wish "Ronnie" the best in that endeavor so he may continue to make positive strides as a role model and a productive member of society.

Thank you.

*Elaine Ford-Jackson*

Elaine Ford Jackson
Family Friend