**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    Case No. 3:16-cr-93-J-32JRK

CORRINE BROWN
ELIAS SIMMONS
_____

UNITED STATES OF AMERICA

vs.                                                    Case No. 3:16-cr-34-J-32JRK

CARLA WILEY
_____

## ORDER REGARDING SENTENCING PROCEEDINGS

The parties are advised that at the conclusion of the sentencing presentations on Wednesday and Thursday (November 15 and 16, 2017), the Court will take the matters under advisement and will reconvene on **Monday, December 4, 2017 at 10:00 a.m. in Courtroom 10D** for pronouncement of sentence on each defendant, all of whom must be present.

Additionally, the Court has been advised in Ms. Brown's sentencing memorandum that she intends to call "dozens of witnesses" to speak on her behalf (Doc. 224 at 6). While the Court will hear from all who wish to speak, the Court must set some time limits. Ms. Brown may designate three character witnesses who may each speak for up to five minutes;

her other character witnesses may speak for up to two minutes each.[1] Ms. Brown's counsel shall advise the witnesses of these restrictions and will introduce each witness to the Court at the sentencing hearing.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of November, 2017.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
James W. Smith, III, Esq.
Samuel A. Walker, Esq.
United States Marshals Service
Court Security Officers
Division Manager
United States Probation Office
United States Pretrial Services
Defendant

---

[1] This limitation only applies to character witnesses; it does not apply to other witnesses Ms. Brown may intend to call at sentencing.