**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                       Case No. 3:16-cr-93-J-32JRK

CORRINE BROWN
ELIAS SIMMONS
_____

UNITED STATES OF AMERICA

vs.                                                       Case No. 3:16-cr-34-J-32JRK

CARLA WILEY
_____

## ORDER CLARIFYING SENTENCING SCHEDULE

There appears to be some confusion regarding the sentencing schedule announced in yesterday's Order. The Court therefore will restate the course of proceedings:

The sentencing hearings for Elias Simmons and Carla Wiley will begin at **10:00 a.m. on Wednesday, November 15, 2017** and will continue until their conclusions. The sentencing hearing for Corrine Brown will commence at **10:00 a.m. on Thursday, November 16, 2017** and will continue until its conclusion. Thereafter, the Court will take the three cases under consideration and will announce the sentences each defendant will receive at a hearing to be held on **Monday, December 4, 2017 at 10:00 a.m.** All of these proceedings will take place in Courtroom 10D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida (an overflow courtroom will be available if needed for these three dates).

All persons entering the Courthouse must present photo identification to Court Security Officers. The public is advised that cell phones, laptop computers, and similar electronic devices are not permitted in the building. Special rules apply to the defendants, lawyers, and members of the media.[1]

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of November, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
James W. Smith, III, Esq.
Samuel A. Walker, Esq.
Anthony Suarez, Esq.
D. Gray Thomas, Esq.
Justin E. Fairfax, Esq.
United States Marshals Service
Court Security Officers
Division Manager
United States Probation Office
United States Pretrial Services
Defendants

---

[1] Attorneys may bring cell phones, laptop computers, and similar electronic devices with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice. Additionally, defendants are permitted to bring cell phones pursuant to the Court's prior orders (see Docs. 201 and 202 in Case No. 3:16-cr-93-J-32JRK and Doc. 25 in Case No. 3:16-cr-34-J-32JRK). Special instructions for members of the media are included in those same orders and encompass all of these proceedings.