# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

_____

**UNITED STATES OF AMERICA**       **CASE NO. 3:16-cr-93-J-32JRK**
 **v.**
**ELIAS SIMMONS**

_____

**UNITED STATES OF AMERICA**       **CASE NO. 3:16-cr-34-J-32JRK**
**v.**
**CARLA WILEY**

_____

| **Counsel for Government:** | **Counsel for Defendants:** |
| --- | --- |
| Andrew Tysen Duva | Anthony Suarez (for Simmons) |
| Eric Olshan | D. Gray Thomas (for Wiley) |
| Michael Coolican | Justin E. Fairfax (for Wiley) |

_____

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

| **Courtroom Deputy: Marielena Diaz** | **Probation: Irish Anderson** |
| --- | --- |
| **Court Reporter: Shannon Bishop** | |

_____

## CLERK'S MINUTES

**PROCEEDINGS SENTENCINGS:**

Sentencing hearings held.

**No later than November 21, 2017**, the government should confer with counsel for defendants and file a pleading detailing forfeiture and restitution amounts for each defendant (to include co-defendant, Corrine Brown, in case no. number 3:16-cr-93-J-32JRK) and whether the amount has been agreed to.

**No later than November 29, 2017**, counsel for defendants may file a responsive pleading if the amount of forfeiture and restitution is not agreed to.

Pronouncement of sentences to proceed as previously set for December 4, 2017 at 10:00 a.m.

**DATE:** November 15, 2017         TIME: 10:00 a.m. - 1:07 p.m.