UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   Case No. 3:16-cr-93-J-32JRK

ELIAS SIMMONS

## ORDER MODIFYING CONDITIONS OF RELEASE

On July 11, 2016, the Court issued an Order Setting Conditions of Release for defendant Elias Simmons. <u>See</u> Order, Doc. 26. Those conditions will remain in effect until Mr. Simmons reports to the Bureau of Prisons with these additional conditions:

1. Defendant's travel is restricted to Maryland, Virginia, and the District of Columbia unless the Pretrial Services Officer grants an exception for limited travel within the continental United States.

2. Defendant shall turn in all passports to the Clerk of Court no later than **December 11, 2017**.

3. No later than **December 4, 2017** defendant shall provide his Pretrial Services Officer with the address of his current residence and a telephone where he can be reached.

4. Defendant shall report to the Pretrial Services Officer as directed.

**DONE AND ORDERED** at Jacksonville, Florida this 4 day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
Anthony Suarez, Esq.
United States Marshals Service
Court Security Officers
Division Manager
United States Probation Office
United States Pretrial Services
Defendant