UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                            Case No. 3:16-cr-93-J-32JRK

CORRINE BROWN

## ORDER MODIFYING CONDITIONS OF RELEASE

On July 11, 2016, the Court issued an Order Setting Conditions of Release for defendant Corrine Brown. See Order, Doc. 24. Those conditions will remain in effect until Ms. Brown reports to the Bureau of Prisons with these additional conditions:

1. Defendant's travel is restricted to the Middle District of Florida unless the Pretrial Services Officer grants an exception for limited travel within the continental United States.

2. Defendant shall turn in all passports to the Clerk of Court no later than **December 6, 2017**.

3. No later than **December 4, 2017** defendant shall provide her Pretrial Services Officer with the address of her current residence and a telephone where she can be reached.

4. Defendant shall report to the Pretrial Services Officer as directed.

**DONE AND ORDERED** at Jacksonville, Florida this 4 day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
James W. Smith, III, Esq.
Samuel A. Walker, Esq.
United States Marshals Service
Court Security Officers
Division Manager
United States Probation Office
United States Pretrial Services
Defendant