UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 3:16-cr-93-J-32JRK

CORRINE BROWN

_____

### ORDER REGARDING SENTENCING LETTERS TO THE COURT

Various media outlets have requested access to the letters from members of the public that the Court received either directly or through the Probation Office in advance of Ms. Brown's sentencing. Ordinarily, such letters are not matters of public interest and are not made part of the public file. However, in light of the requests, the Court is considering whether to release them in this case. No later than **Monday, December 11, 2017**, the parties and counsel for the media shall file any brief or citation to authority they wish the Court to consider before it makes a final decision about whether to release these letters.[1]

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

---

[1] If the Court were to release the letters, it would redact the senders' addresses, phone numbers, and names of any minor children, consistent with the redaction rules in the Court's Administrative Procedures for Electronic Filing, §IV.D.2.

s.
Copies to:
A. Tysen Duva, Esq. (Asst. U.S. Attorney)
Michael Coolican, Esq. (Asst. U.S. Attorney)
Eric G. Olshan, Esq. (Asst. U.S. Attorney)
James W. Smith, III, Esq.
Samuel A. Walker, Esq.
United States Probation Office
Defendant