# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk

Jim Leanhart  
Jacksonville Division Manager

**UNITED STATES OF AMERICA**

**VS.**                                     CASE NO: 3:16-cr-93-J-32JRK

## NOTICE OF SURRENDERED U.S. PASSPORT

To:   U.S. Department of State  
      CA/PPT/L/LA  
      44132 Mercure Circle  
      PO Box 1227  
      Sterling, VA 20166-1227

**PURSUANT** to the Court's Order Modifying Conditions of Release dated December 4, 2017 in the above styled case, the Defendant's passport card, **Number 470901635** was surrendered to the custody of the Clerk of Court on December 6, 2017. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | November 11, 1946 |
| Defendant's place of birth: | Florida, United States of America |
| Passport received from: | Corrine Brown |
| Passport issued to: | Corrine Brown |
| Date of issuance: | June 16, 2010 |

ELIZABETH M. WARREN, CLERK

By *A. Cook*  
A.Cook, Deputy Clerk

December 6, 2017

Original to Case File  
c:   Counsel and Unrepresented Defendant  
     Pretrial Services (if before Judgment)  
     Probation Office (if after Judgment)  
     Appropriate Agency Listed Above  
     Passport Coordinator