UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:16-cr-93-J-32JRK

CORRINE BROWN

## ORDER OF FORFEITURE AND RESTITUTION

THIS CAUSE comes before the Court upon the United States' Motion for Entry of Order of Forfeiture and Restitution. Doc. 233.

Defendant Corrine Brown was found guilty of Counts One, Two, Four, Six through Thirteen, Fifteen and Seventeen, which are pertinent to the government's motion. Count One charged the defendant with conspiracy to commit mail and wire fraud, in violation of 18 U.S.C. § 1349. Counts Two, Four, and Six through Eight charged the defendant with aiding and abetting mail fraud, in violation of 18 U.S.C. 1341. Counts Nine through Thirteen, Fifteen and Seventeen charged the defendant with aiding and abetting wire fraud, in violation of 18 U.S.C. § 1343, Doc. 1, and the United States established that the defendant obtained $664,292.39 in proceeds as a result of the offenses of conviction.

The United States moves under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $664,292.39 in proceeds the defendants obtained, directly or indirectly, as a result of participation in a conspiracy to commit mail and wire fraud, and aiding and abetting mail and wire fraud.

The United States further moves for restitution in the amount of $452,515.87 as to Counts One, Two, Four, Six through Eight, Nine through Thirteen, Fifteen, Seventeen and Nineteen and $62,650.99 as to Counts Twenty-One through Twenty-Four, for a total of $515,166.86. While maintaining her innocence, Ms. Brown did not file a response objecting to the government's calculations.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED**, that the United States' motion, Doc. 233, is **GRANTED.**

It is **FURTHER ORDERED** that the United States is entitled to forfeit the $664,292.39 in proceeds which the defendants obtained, directly or indirectly, as a result of participation in a conspiracy to commit mail and wire fraud, and aiding and abetting mail and wire fraud.

It is **FURTHER ORDERED** that the defendant shall be held liable individually for the $664,292.39; however, the United States will not collect

more than the collective sum of $654,292.39 from the defendant and her co-conspirators Elias Simmons and Carla Wiley. The United States will not collect more than an additional $10,000.00 (for a collective total amount of $664,292.39) from the defendant and co-conspirator Elias Simmons.

Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

It is **FURTHER ORDERED** that the defendant pay restitution in the amount of $452,515.87 as to Counts One, Two, Four, Six through Eight, Nine through Thirteen, Fifteen, Seventeen and Nineteen, and $62,650.99 as to Counts Twenty-One through Twenty-Four, for a total of $515,166.86.

**DONE** and **ORDERED** in Jacksonville, Florida, this 4th day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

cc: Counsel of Record

3