UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,)
)
    Plaintiff, )
)
v. ) CASE NO.: 3:16-cr-93-J-32JRK
)
CORRINE BROWN, )
)
    Defendant. )
_____)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant / Appellant, **Corrine Brown,** pursuant to Fed. R. App P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's judgment and sentence in this matter entered on December 4th, 2017, as well as all pretrial rulings.

Respectfully submitte this 11th day of December, 2017.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this December 11th, 2017, I electronically filed the foregoing document with the Clerk of Court, by using the CM/ECF system which will send a notice of filing to all counsel of record.

**CPLS, P.A.**
Attorneys|Consultants|Mediators
201 E. Pine St. Suite, 445
Orlando, FL 32801
407-647-7887 (Tel)
407-647-5396 (Fax)
Attorney for Defendant
CPLS file No. 2349-1

Dated: <u>December 11, 2017</u>       **s/James W. Smith III**
James W. Smith III
Florida Bar No: 0096438
jsmith@cplspa.com