**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                      CASE NO. 3:16-cr-93-TJC-JRK

CORRINE BROWN

## O R D E R

**THIS CASE** is before the Court on the Defendant Brown's Motion for Modification of Restitution Order (Doc. 374), to which the government filed a response in opposition (Doc. 375).

Though perhaps the Court should have set a specific restitution schedule at the time of sentencing, no party requested that the Court do so. Now, over two years later, the Court is without jurisdiction to act.

Accordingly, it is hereby

**ORDERED:**

Defendant Brown's Motion for Modification of Restitution Order (Doc. 374) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

tl
Copies:

Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant