UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 3:16-cr-93-TJC-JRK

CORRINE BROWN

## SATISFACTION OF JUDGMENT

Defendant Corrine Brown has paid the special assessment and criminal restitution imposed in her Judgment. Therefore, the Clerk of the United States District Court for the Middle District of Florida will mark these criminal monetary penalties as satisfied.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
Florida Bar No. 70647
Financial Litigation/smm
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6038
Facsimile:  (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Corrine Brown
Jacksonville, FL 32208

*s/Julie A. Simonsen*
Assistant United States Attorney